UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CREDIT-BASED ASSET SERVICING AND SECURITIZATION, LLC<br><br>                  Plaintiff,<br><br>-against-<br><br>GATEWAY DIVERSIFIED MORTGAGE SERVICES, L.P.<br>                  Defendant. | ECF Case<br><br>Civ. No. 08 CV 7443<br><br>Judge Kaplan<br><br>**<u>CREDIT–BASED ASSET SERVICING AND SECURITIZATION LLC'S RULE 7.1 STATEMENT</u>** |

      Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiff, Credit-Based Asset Servicing and Securitization LLC certifies that the Plaintiff is a wholly owned affiliate of Radian Group Inc., and MGIC Investment Corporation, each of which is a publicly held corporation.

Dated: 8-21-08

_____
ROBERT A. PINEL, ESQ –RP9070
FLAMM, BOROFF & BACINE, P.C.
Westfield Corporate Center, Suite 310
4905 W. Tilghman St.
Allentown, PA 18104
610-336-6800

Attorneys for Plaintiff Credit-Based
Asset Servicing and Securitization, LLC

279557 v1